GERI LYNN GREEN, (SBN 127709)
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, CA 94104
Telephone: (415) 982-2600
Facsimile:  (415) 358-4562

Attorney for Defendant
JOSEPH LAWRENCE WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR 08-0244 DLJ |
| ) | |
| Plaintiff,  ) | **STIPULATION AND ORDER FOR** |
| ) | **MODIFICATION OF PRE-TRIAL** |
| v.  ) | **RELEASE CONDITIONS FOR JOSEPH** |
| ) | **WILLIAMS** |
| JOSEPH LAWRENCE WILLIAMS, et al.  ) | |
| ) | |
| Defendants.  ) | |
| _____) | |

1.Defendant JOSEPH LAWRENCE WILLIAMS has been released from custody while awaiting trial in the above-captioned matter subject various conditions, one of which is that he not travel out of the Northern District of California.

2.Mr. WILLIAMS' niece, Nikki Bates, is being married at Lake Tahoe in July.  Mr. Williams is giving her away.  He raised her from the time she was a baby (August, 1985).  This wedding has been planned for several years.

3.Mr. WILLIAMS requests the Court to allow him to travel to Lake Tahoe on July 17, 2009, staying the night of July 17th and 18th and returning on July 19th.

4.Pursuant to Local Rule 7-11, the parties stipulate and agree that this travel condition may be modified as follows:

That Defendant Mr. WILLIAMS be allowed travel to Lake Tahoe July 17 - 19, 2009, staying the night of July 17th and 18th and returning on July 19th.

STIP [PROPOSED] ORDER FOR MODIFICATION
OF PRE-TRIAL RELEASE CONDITIONS, CR 08-0244 DLJ

1  SO STIPULATED AND AGREED.

3  Dated: June 11, 2009
_____/s/_____
GERI LYNN GREEN
Counsel for Defendant Williams

5  Dated: June 11, 2009
_____/s/_____
STEPHEN CORRIGAN
Assistant United States Attorney

10  Good cause having been found, IT IS HEREBY ORDERED that JOSEPH LAWRENCE WILLIAMS be allowed to travel to Lake Tahoe from July 17 - 19, 2009.

13  Dated: June 16, 2009

_____
THE HONORABLE D. LOWELL JENSEN
United States Senior District Court Judge
Northern District of California, Oakland Division